# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
| v. | ) | |
| Michael Patrick Llanos Jr. | ) | Case No. 3:23-mj-00196 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __25 January 2023__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Special Agent Kurt Czerwien

☑ Continued on the attached sheet.

/s/ Signed by telephone
*Complainant's signature*

Kurt Czerwien, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:37__ a.m./p.m.

Date: __11/10/2023__

*Judge's signature*

City and state: __Portland, Oregon__    Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*